# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY BOPPRE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV381 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT P. HOUSTON, | ) | |
| | ) | |
| Defendant. | ) | |

The records of the court show that on November 18, 2011, a letter (Filing No. 5) was sent to:

>Lawrence G. Whelan
>WHELAN LAW FIRM
>3138 Cuming Street
>Omaha, NE 68131

from the Office of the Clerk directing that he pay the 2011/2012 biennial attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on January 10, 2012, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **January 25, 2012**, attorney Lawrence G. Whelan shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in Mr. Whelan being removed as counsel of record for the plaintiff.

DATED this 10th day of January, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge