IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY BOPPRE, | ) | 8:11CV381 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

On November 17, 2011, Petitioner filed a Petition for Writ of Habeas Corpus and a Motion to Amend his Petition for Writ of Habeas Corpus. (Filing Nos. 1 and 2.) In his Motion to Amend, Petitioner asserts that he is currently seeking authorization from the Eighth Circuit Court of Appeals to file his Petition and that he provisionally filed the Petition in this court while authorization is pending. (Filing No. 2.) Accordingly,

IT IS ORDERED:

1. Petitioner shall update the court regarding the status of authorization from the Eighth Circuit every thirty days from the date of this Memorandum and Order.

2. The Clerk of the court is directed to mail copies of this Memorandum and Order to Respondent and the Nebraska Attorney General by regular first-class mail.

DATED this 13th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2